# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRALD MEEK and wife, TRUDY MEEK, | ) | |
| Plaintiffs, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:11-CV-325-F** |
| _____ | ) | |
| TOWNSEND REAL ESTATE, INC., JAMES | ) | |
| TOWNSEND; THOMAS NEAL; SANDRA | ) | |
| PARROTT and SUE VERHALEN, | ) | |
| Defendants. | ) | |

**Decision by Court.**


IT IS ORDERED AND ADJUDGED that the Meeks' motion for leave to file Amended Complaint is ALLOWED, and the Clerk of Court is DIRECTED to cause that pleading to be filed. The defendants' motions to dismiss are ALLOWED; the Meeks' motions to postpone rulings are DENIED; the Meeks' motions for sanctions are DENIED; the Meeks' second motion for leave to amend complaint is DENIED; the Meeks' objections to the M&R are OVERRULED. The Clerk of Court is DIRECTED to enter judgment accordingly, and to DISMISS this case as against all defendants.


THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 21, 2012**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


Jerrald and Trudy Meek (via regular mail to P.O. Box 13654, Colorado Springs, CO 80902)

William C. Smith, Jr. (Via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| February 21, 2012 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |